# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 506 |
| | : | |
| ORDER AMENDING RULES 150 AND | : | CRIMINAL PROCEDURAL RULES |
| 522 AND REVISING THE *COMMENT* TO | : | |
| RULE 151 OF THE PENNSYLVANIA | : | DOCKET |
| RULES OF CRIMINAL PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2018, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 47 *Pa.B.* 1731 (March 25, 2017)*,* and a *Final Report* to be published with this **ORDER:**

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rules of Criminal Procedure 150 and 522 are amended, and the *Comment* to Pennsylvania Rule of Criminal Procedure 151 is revised, in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2019.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.